USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA
                                  :    CONSENT PRELIMINARY ORDER
         - v. -                        OF FORFEITURE/
                                  :    MONEY JUDGMENT
CORY PINKNEY,
                                  :    19 Cr. 012 (VSB)
              Defendant.
                                  :
- - - - - - - - - - - - - - - - x

     WHEREAS, on or about January 7, 2019, CORY PINKNEY (the
"defendant"), among others, was charged in a two-count Indictment,
19 Cr. 012 (VSB) (the "Indictment"), with conspiracy to commit
bank fraud, in violation of Title 18, United States Code, Section
1349 (Count One); and aggravated identity theft, in violation of
Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and
2 (Count Two);

     WHEREAS, the Indictment included a forfeiture allegation
as to Count One of the Indictment, seeking forfeiture to the United
States, pursuant to Title 18, United States Code, Section
982(a)(2), of any and all property constituting or derived from,
proceeds obtained directly or indirectly as a result of the
commission of the offense charged in Count One of the Indictment,
including but not limited to a sum of money in United States
currency representing the amount of proceeds traceable to the
commission of the offense charged in Count One of the Indictment
that the defendant personally obtained;

WHEREAS, on or about December 18, 2019, the defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit, pursuant to Title 18, United States Code, Section 982(a)(2)(A), a sum of money equal to $52,352.28 in United States currency, representing the proceed traceable to the offense charged in Count One of the Indictment;

WHEREAS, the defendant consents to the entry of a money judgment in the amount of $52,352.28 in United States currency representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the defendant personally obtained; and

WHEREAS, the defendant admits that, as a result of acts and/or omissions of the defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Geoffrey S. Berman, United States Attorney, Assistant United States Attorneys, Daniel G. Nessim and Jarrod L. Schaeffer of counsel, and the defendant, and his counsel, Walter John Thompson, Esq., that:

1. As a result of the offense charged in Count One of the Indictment, to which the defendant pled guilty, a money judgment in the amount of $52,352.28 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the defendant personally obtained, shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, CORY PINKNEY, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture

Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____     _12-18-19_
    DANIEL G. NESSIM                         DATE
    JARROD L. SCHAEFFER
    Assistant United States Attorneys
    One St. Andrew's Plaza
    New York, NY 10007
    (212)637-2486/2270


CORY PINKNEY

By: _____     _12/18/19_
    CORY PINKNEY                            DATE


By: _____     _12/18/19_
    WALTER JOHN THOMPSON, ESQ.              DATE
    Attorney for Defendant
    250 West 57th Street, Suite 1632
    New York, NY 10107

SO ORDERED:

_____          _12/19/19_
HONORABLE VERNON S. BRODERICK              DATE
UNITED STATES DISTRICT JUDGE