*Law Office of Walter John Thompson*
*250 West 57th Street, Suite 1632*
*New York, NY 10019*
*(646) 670-1672*

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 5/21/2020

Sentencing in this matter is adjourned to July 1, 2020 at 11:00 a.m.

May 18, 2020

**VIA EMAIL**

Honorable Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: U.S. v. Pinkney, et al., 1:19-cr-00012-VSB
**Letter Requesting Adjournment of Sentencing**

Your Honor:

I am writing to respectfully to request an adjournment of the sentencing for defendant Corey Pinkney in the above-captioned case, which is currently scheduled for June 2nd, 2020 at 10am. This adjournment is necessary in light of recent issues that have arisen in connection with the COVID-19 pandemic. I have communicated with the AUSA Jarrod Schaeffer and he has confirmed that the government has no objection to this adjournment request.

Respectfully submitted,

Walter John Thompson
*Attorney for the accused*

CC: Jarrod Schaeffer
*Assistant United States Attorney*
*U.S. Attorney's Office for the Southern District of New York*
*One St. Andrew's Plaza*
*New York, NY 10007*
*Tel: 212-637-2270*
*Jarrod.Schaeffer@usdoj.gov*

*All defense counsel (VIA EMAIL)*