USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       -against-

COREY PINKNEY, et al.

                            Defendant.

**ORDER**

19-CR-12 (VSB)

<u>VERNON S. BRODERICK</u>, United States District Judge:

       Sentencing for defendant Corey Pinkney is scheduled for October 6, 2020 at 10:00 a.m. The parties shall use 1-888-363-4749 and access code 2682448 for the hearing.

       Members of the public, and press may use 1-888-363-4749; access code: 2682448 to listen to the hearing.

SO ORDERED.

Dated:    September 24, 2020
            New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge