# HARVEY FISHBEIN
— ATTORNEY AT LAW —

111 BROADWAY, SUITE 701
NEW YORK, NEW YORK 10006
TEL: (212) 233-9555
FAX: (212) 374-1506
HF@HARVEYFISHBEIN.COM

September 10, 2025

**VIA EMAIL**
Hon. Vernon S. Broderick
United States District Judge
40 Foley Square
New York, NY 10007

> Application granted in light of counsels' review of the potential conflict and agreement that none exists.
>
> SO ORDERED:
>
> /s/ Vernon Broderick
> HON. VERNON S. BRODERICK
> UNITED STATES DISTRICT JUDGE
> 09/10/2025

Re:   **United States v. Pinkney**
       **19 CR 12 (PKC)**

Dear Judge Broderick:

    On September 4, 2025, Your Honor appointed me as CJA counsel for Cory Pinkney in his pending Violation of Supervised Release matter. At that time, the Court raised a potential conflict issue because I had briefly represented a co-defendent in the underlying matter in 2021 and the Court asked counsel to determine if an actual conflict exists.

    I have reviewed my file in the other matter, spoken with AUSA Daniel Nessim, and discussed the issue with Mr. Pinkney. All parties agree that a conflict does not exist.

    Accordingly, with the Court's permission, I will continue to represent Mr. Pinkney.

Respectfully Submitted,
/s/
Harvey Fishbein

cc:   AUSA Daniel Nessim (via email)