UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                   :

UNITED STATES OF AMERICA,       :

                               :

        v.                  :              19-CR-12 (VSB)

                               :

CORY PINKNEY,               :

                               :              **ORDER**

               Defendant.  :

                               :

--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Having received communication via e-mail from Probation and the parties consenting to

an adjournment, it is hereby ORDERED that the status conference scheduled for June 9, 2026 is

adjourned to September 2, 2026 at 10:00 AM.  IT IS FURTHER ORDERED that the parties

provide me with a joint status update of Defendant's state case after the next state court

appearance on August 3, 2026.  Defendant shall continue to abide by the terms and conditions of

his supervised release.

SO ORDERED.

Dated: June 8, 2026
      New York, New York

                                   Vernon S. Broderick
                                   United States District Judge