UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CORY PINKNEY,<br><br>Defendant. | : | 19-CR-12 (VSB)<br><br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

Having received communication via e-mail from Probation, the parties consent to an adjournment of approximately 45 days. It is hereby ORDERED that the status conference scheduled for September 2, 2026 is adjourned to October 21, 2026 at 10:00 AM. IT IS FURTHER ORDERED that the parties provide me with a joint status update of Defendant's state case after the next state court appearance on September 30, 2026. Defendant shall continue to abide by the terms and conditions of his supervised release.

SO ORDERED.

Dated: September 1, 2026
New York, New York

Vernon S. Broderick
United States District Judge